Aug 23, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 19-20531-CR-ALTONAGA/GOODMAN
CASE NO. _____

18 U.S.C. § 1030(a)(5)(A)
18 U.S.C. § 1030(i)(1)

UNITED STATES OF AMERICA

vs.

VASILE SAVU,

        Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Company A was a Delaware corporation with its principal place of business located in Denver, Colorado. Company A offered consumer-to-consumer money transfer services. Company A utilized third parties to serve as agents who, for a fee, accepted and disbursed funds to Company A's customers. Company A had agent locations across the United States and in numerous countries and territories.

2. Using a personal computer connected to the internet, a Company A agent could access Company A's secure network with unique credentials, which included a username and password. Access to the Company A network permitted an agent to enter a money transfer transaction on behalf of a customer. The customer could designate a specific recipient and the location of a second Company A agent where the recipient could retrieve the funds.

3. To execute the money transfer, Company A debited funds from the bank account of the Company A agent that initiated the money transfer and credited the funds into the bank account of the second Company A agent. The funds would then be available for disbursement by the second Company A agent to the designated recipient.

4. Company B was a Florida corporation with its principal place of business located in Miami, Florida. Company B owned and operated a store located at 1817 SW 8th Street in Miami, Florida (hereinafter, "Store B"). Store B was a Company A agent.

## COUNT 1
## Computer Fraud
## (18 U.S.C. § 1030(a)(5)(A))

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. From on or about April 3, 2019, through on or about April 8, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**VASILE SAVU,**

did knowingly cause the transmission of a program, information, code, and commands, and as a result of such conduct, intentionally cause damage without authorization to a protected computer, that is, the Store B's computer, and such conduct caused or, if completed would have caused, loss to one or more persons during any one-year period aggregating at least $5,000 in value, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2.

## FORFEITURE ALLEGATIONS

1. The allegations, including the General Allegations, of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the

2

United States of America of certain property in which the defendant, **VASILE SAVU**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1030, as alleged in this Indictment, the defendant shall forfeit to the United States of America: (a) any personal property used or intended to be used to commit such violations, pursuant to Title 18, United States Code, Section 1030(i)(1); and (b) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violations, pursuant to Title 18, United States Code, Section 1030(i)(1).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1030(i), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c) and by Title 18, United States Code, Section 1030(i)(2).

A TRUE BILL

FO

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
SAJJAD MATIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

VASILE SAVU,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)         Yes ____  No ____
Number of new defendants ____
Total number of counts   ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days         X          Petty       ____
   II   6 to 10 days       ____        Minor       ____
   III  11 to 20 days      ____        Misdem.     ____
   IV   21 to 60 days      ____        Felony       X
   V    61 days and over   ____

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  April 10, 2019
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No  X

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No  X

_____
Sajjad Matin
Assistant United States Attorney
Court ID A5502371

*Penalty Sheet(s) attached                                                REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** VASILE SAVU

**Case No:** _____

Count #: 1

Computer Fraud

Title 18, United States Code, Section 1030(a)(5)(A)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**